# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

      Re:  Cecil Ray Garcia
            v. Texas
            No. 14-9369
            (Your No. WR-61,850-03)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 25, 2014 and placed on the docket April 20, 2015 as No. 14-9369.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk